PS 42
(8/96 ND/FL)

# United States District Court

## Northern District of Florida

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | |
| Vincent Dixon | ) | Case No. 1:06CR18 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Vincent Dixon, have discussed with Glenn H. McInnes, U.S. Probation Officer, modification of my release as follows:

**The defendant shall participate in a program of mental health counseling.**

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-29-06  _____  6/29/06
Signature of Defendant    Date    U.S. Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  6/30/06
Signature of Defense Counsel  Date

_____  June 29, 2006
Signature of Assistant U.S. Attorney  Date

[✓] The above modification of conditions of release is ordered, to be effective on _____.

[ ] The above modification of conditions of release is not ordered.

_____  6-30-06
Signature of Judicial Officer  Date

FILED 06 JUN 30 PM 12:12