IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:06-cr-00018-MP-AK

VINCE BERNARD DIXON, and
FRANKLIN THOMAS,

     Defendants.
_____/

### O R D E R

This matter is before the Court on Docs. 50 and 52, motions to continue the trial in this case by Mr. Dixon and Mr. Thomas. In the motions, the defendants waive their speedy trial rights with regard to the continuance. Additionally, a teleconference was held in this case on Friday, October 6, 2006, during which the government consented to the continuance. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The trial in this case is hereby continued until the trial term beginning Tuesday, November 14, 2006.

**DONE AND ORDERED** this *11th* day of October, 2006

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge