IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 1:06-cr-00018-MP-AK

VINCE BERNARD DIXON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 73, Motion Change Sentencing Date as to Vince Bernard Dixon, filed by the government. The motion, which is not opposed, is granted. Sentencing is hereby reset for April 4, 2007, at 10:30 a.m.

**DONE AND ORDERED** this *21st* day of March, 2007

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge